IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| LEE SWEENEY SINCLAIR, | : | |
| Plaintiff, | : | |
| v. | : | Case No. 1:13-cv-63 (WLS) |
| DR. MCGEE *et al*, | : | |
| Defendant. | : | |

### AMENDED ORDER

In a January 17, 2014 Order, the Court adopted in part the magistrate judge's Order and Recommendation. Upon review, the Court notes that it failed to address a portion of the Recommendation denying Plaintiff's Motion for Entry of Default Judgment. After a full *de novo* review of the record and Recommendation, the Court now adopts that portion of the recommendation. Accordingly, Plaintiff's Motion for Entry of Default Judgment (Doc. 19) is **DENIED.**

**SO ORDERED**, this   18th   day of February, 2014.

　　　　　　　　　　　　　　　　　　 /s/ W. Louis Sands
　　　　　　　　　　　　　　　　　**W. LOUIS SANDS, JUDGE**
　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT**